**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| KING TORRES, on Behalf of Himself and all Others Similarly Situated, § § § | |
| Plaintiffs, § § | |
| v. § § | Civil Action No. 4:19-cv-00526 |
| AIR RESOURCES AMERICAS LLC, § § | |
| Defendant. § | |

**ORDER APPROVING FLSA COLLECTIVE ACTION SETTLEMENT
AND ORDER OF DISMISSAL**

Before the Court is the Joint Motion for Approval of Settlement, which asks the Court to approve the parties' settlement in this Fair Labor Standards Act collective action lawsuit pursuant t to 29 U.S.C. § 216(b). For good cause shown, and as more fully explained below, the Motion is GRANTED.

The Court finds that the settlement terms negotiated by the parties and described in their Settlement Agreement are a fair and reasonable resolution of a bona fide dispute between the Plaintiffs (*i.e.*, the Named Plaintiff and those individuals who elected to participate in this case as opt-in plaintiffs, as identified by name on Exhibit A to the Settlement Agreement) and the Defendant. The Court further finds that the Attorney's Fees, Service Award Payment, and Expense Payment requested in the Motion and reflected in the Settlement Agreement are reasonable and are approved.

Accordingly, the Court ORDERS that both the settlement of the claims of the Plaintiffs and the procedure to administer the settlement as set forth in the Settlement Agreement are

2

approved. The Parties shall administer the settlement of the claims of the Plaintiffs as set forth in the Settlement Agreement.

IT IS FURTHER ORDERED that this case and all claims asserted in this case by the Plaintiffs are DISMISSED WITH PREJUDICE, with each Party to bear its own costs, except as set forth in the Settlement Agreement.

**SO ORDERED.**

**DATE** May 31, 2023

_____
Hon. Charles Eskridge
United States District Judge